Lance A. Maningo
MANINGO LAW
Nevada Bar No. 6405
400 South 4th Street, Suite 650
Las Vegas, Nevada 89101
702.626.4646
lance@maningolaw.com
Attorney for Defendant RUCKER

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DONALD RAY RUCKER,<br><br>Defendant. | 2:23-CR-00179-RFB-NJK<br><br>**STIPULATION TO CONTINUE SENTENCING**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED by and between JASON M. FRIERSON, United States Attorney, DAVID C. KIEBLER, Assistant United States Attorney, counsel for the United States of America, and LANCE A. MANINGO, of MANINGO LAW, counsel for Defendant DONALD RAY RUCKER ("RUCKER"), that Sentencing currently scheduled for September 30, 2024 at 9:15 a.m. be vacated and continued thirty (30) days, or to a date and time to be set by this Honorable Court.

This Stipulation is entered into for the following reasons:

1. That on July 29, 2024, RUCKER was scheduled to complete his Presentence Investigation Report with United States Probation Officer, Sunny R. Cascio. Before the interview was set to take place, undersigned counsel was informed that RUCKER had a medical situation and was unable to attend the interview. As the Presentence Interview must be rescheduled to a later date, Probation needs time to prepare the Report, and RUCKER and his counsel need time to review the Report and file necessary objections, the parties have stipulated and agreed to continue Sentencing;

1

2. That Defendant RUCKER is incarcerated and does not object to a continuance;

3. That Assistant United States Attorney, DAVID C. KIEBLER, does not object to a continuance;

4. That this is the first request for a continuance of Sentencing in this case;

5. That denial of this request for a continuance could result in a miscarriage of Justice; and

6. That the additional time requested by this Stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18 United States Code Section 3161(h)(3)(A) and Title 18 United States Code Section 3161(h)(7)(A), considering the factors under Title 18 United States Code Sections 3161(h)(7)(B)(i) and 3161(h)(7)(B)(iv).

RESPECTFULLY SUBMITTED this 1st day of August, 2024.

By: /s/ Lance A. Maningo  
LANCE A. MANINGO  
Attorney for Defendant RUCKER

By: /s/ David C. Kiebler  
DAVID C. KIEBLER  
Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DONALD RAY RUCKER,<br><br>Defendant. | 2:23-CR-00179-RFB-NJK<br><br>**ORDER TO CONTINUE SENTENCING**<br>(First Request) |

**FINDINGS OF FACTS**

Based upon the pending Stipulation of the parties, and good cause appearing therefore, the Court finds that:

This Stipulation is entered into for the following reasons:

1. That on July 29, 2024, RUCKER was scheduled to complete his Presentence Investigation Report with United States Probation Officer, Sunny R. Cascio. Before the interview was set to take place, undersigned counsel was informed that RUCKER had a medical situation and was unable to attend the interview. As the Presentence Interview must be rescheduled to a later date, Probation needs time to prepare the Report, and RUCKER and his counsel need time to review the Report and file necessary objections, the parties have stipulated and agreed to continue Sentencing;

2. That Defendant RUCKER is incarcerated and does not object to a continuance;

3. That Assistant United States Attorney, DAVID C. KIEBLER, does not object to a continuance;

4. That this is the first request for a continuance of Sentencing in this case;

5. That denial of this request for a continuance could result in a miscarriage of Justice; and

6. That the additional time requested by this Stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18 United States Code Section 3161(h)(3)(A) and

3

Title 18 United States Code Section 3161(h)(7)(A), considering the factors under Title 18 United States Code Sections 3161(h)(7)(B)(i) and 3161 (h)(7)(B)(iv).

### CONCLUSIONS OF LAW

The ends of justice served by granting said continuance outweigh the best interests of the public and the defendants in a speedy trial, since the failure to grant said continuance would be likely to result in a miscarriage of justice and would deny the defendant continuous treatment as ordered by United States Pretrial Services. The continuance sought herein is excludable under the Speedy Trial Act, Title 18 United States Code Section 3161(h)(3)(A), and Title 18 United States Code Sections 3161(h)(7)(A), considering the factors under Title 18 United States Code Sections 3161(h)(7)(B)(i) and 3161 (h)(7)(B)(iv).

### ORDER

The ends of justice are served by granting the requested continuance.

IT IS THEREFORE ORDERED that sentencing in this matter currently scheduled for September 30, 2024 at 9:15 a.m. be vacated and continued to November 5, 2024 at 1:00 p.m.

Dated this the 2nd day of August, 2024.



_____
UNITED STATES DISTRICT COURT JUDGE

Respectfully submitted by:

MANINGO LAW

By:     /s/ Lance A. Maningo
        Lance A. Maningo
        Nevada Bar No. 6405
        400 South 4th Street, Suite 650
        Las Vegas, Nevada 89101
        Attorney for Defendant RUCKER

4