1  Lance A. Maningo
   MANINGO LAW
2  Nevada Bar No. 6405
   400 South 4th Street, Suite 650
3  Las Vegas, Nevada 89101
4  702.626.4646
   lance@maningolaw.com
5  Attorney for Defendant RUCKER

6

                    **UNITED STATES DISTRICT COURT**
7                      **DISTRICT OF NEVADA**

8  THE UNITED STATES OF AMERICA,

9                Plaintiff,                      2:23-CR-00179-RFB-NJK

10                                               **STIPULATION TO CONTINUE**
11 vs.                                           **SENTENCING**
                                                 (Second Request)
12

13 DONALD RAY RUCKER,

14                Defendant.

15

16      IT IS HEREBY STIPULATED AND AGREED by and between JASON M.

17 FRIERSON, United States Attorney, DAVID C. KIEBLER, Assistant United States Attorney,

18 counsel for the United States of America, and LANCE A. MANINGO, of MANINGO LAW,

19 counsel for Defendant DONALD RAY RUCKER ("RUCKER"), that Sentencing currently

20 scheduled for November 15, 2024 at 9:15 a.m. be vacated and continued thirty (30) days, or to

21

22 a date and time to be set by this Honorable Court.

23      This Stipulation is entered into for the following reasons:

24 1.      That counsel for Defendant recently completed a three-week capital murder
         trial and has not had time to review the Presentence Investigation Report with
25       RUCKER, and file necessary objections – if needed. RUCKER has also been
         dealing with medical issues that have delayed communication with Counsel.
26       The parties have stipulated and agreed to continue Sentencing;
27

28 2.      That Defendant RUCKER is incarcerated and does not object to a continuance;

                                        1

3.    That Assistant United States Attorney, DAVID C. KIEBLER, does not object to a continuance;

4.    That this is the second request for a continuance of Sentencing in this case; and

5.    That denial of this request for a continuance could result in a miscarriage of Justice.


RESPECTFULLY SUBMITTED this <u>4th</u> day of November 2024.


By:    /s/ Lance A. Maningo                              By:    /s/ David C. Kiebler
       LANCE A. MANINGO                                        DAVID C. KIEBLER
       Attorney for Defendant RUCKER                           Attorney for Plaintiff

MANINGO LAW
400 South 4th Street, Suite 650
Las Vegas, Nevada 89101
www.maningolaw.com

2

MANINGO LAW
400 South 4th Street, Suite 650
Las Vegas, Nevada 89101
www.maningolaw.com

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

THE UNITED STATES OF AMERICA,

               Plaintiff,

vs.

DONALD RAY RUCKER,

               Defendant.

2:23-CR-00179-RFB-NJK

**ORDER TO CONTINUE**
**SENTENCING**
(Second Request)

**FINDINGS OF FACTS**

Based upon the pending Stipulation of the parties, and good cause appearing therefore, the Court finds that:

This Stipulation is entered into for the following reasons:

1.     That counsel for Defendant recently completed a three-week capital murder trial and has not had time to review the Presentence Investigation Report with RUCKER, and file necessary objections – if needed. RUCKER has also been dealing with medical issues that have delayed communication with Counsel. The parties have stipulated and agreed to continue Sentencing;

2.     That Defendant RUCKER is incarcerated and does not object to a continuance;

3.     That Assistant United States Attorney, DAVID C. KIEBLER, does not object to a continuance;

4.     That this is the second request for a continuance of Sentencing in this case; and

5.     That denial of this request for a continuance could result in a miscarriage of Justice.

/ / /

/ / /

/ / /

3

## CONCLUSIONS OF LAW

The ends of justice are served by granting the requested continuance.

## ORDER GRANTING IN PART

IT IS THEREFORE ORDERED that Sentencing in this matter currently scheduled from November 15, 2024, at 9:15 a.m. be vacated and continued to December 13, 2024 at 9:15 a.m.

Dated this 5th of November, 2024.



_____
UNITED STATES DISTRICT COURT JUDGE

MANINGO LAW
400 South 4th Street, Suite 650
Las Vegas, Nevada 89101
www.maningolaw.com

4