Lance A. Maningo
MANINGO LAW
Nevada Bar No. 6405
400 South 4th Street, Suite 650
Las Vegas, Nevada 89101
702.626.4646
lance@maningolaw.com
Attorney for Defendant RUCKER

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DONALD RAY RUCKER,<br><br>Defendant. | 2:23-CR-00179-RFB-NJK<br><br>**STIPULATION TO CONTINUE**<br>**SENTENCING**<br>(Third Request) |

IT IS HEREBY STIPULATED AND AGREED by and between JASON M. FRIERSON, United States Attorney, DAVID C. KIEBLER, Assistant United States Attorney, counsel for the United States of America, and LANCE A. MANINGO, of MANINGO LAW, counsel for Defendant DONALD RAY RUCKER ("RUCKER"), that Sentencing currently scheduled for December 12, 2024 at 8:30 a.m. be vacated and continued thirty (30) days, or to a date and time to be set by this Honorable Court.

This Stipulation is entered into for the following reasons:

1. That counsel for Defendant needs additional time to consult with Defendant regarding PSR and Sentencing issues;

2. That Defendant RUCKER is incarcerated and does not object to a continuance;

3. That Assistant United States Attorney, DAVID C. KIEBLER, does not object to a continuance;

1

4. That this is the third request for a continuance of Sentencing in this case; and

5. That denial of this request for a continuance could result in a miscarriage of Justice.

RESPECTFULLY SUBMITTED this 5th day of December 2024.

By: */s/ Lance A. Maningo*     By: */s/ David C. Kiebler*
   LANCE A. MANINGO        DAVID C. KIEBLER
   Attorney for Defendant RUCKER    Attorney for Plaintiff

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

THE UNITED STATES OF AMERICA,

Plaintiff,

vs.

DONALD RAY RUCKER,

Defendant.

2:23-CR-00179-RFB-NJK

**ORDER TO CONTINUE SENTENCING**
(Third Request)

**FINDINGS OF FACTS**

Based upon the pending Stipulation of the parties, and good cause appearing therefore, the Court finds that:

This Stipulation is entered into for the following reasons:

1. That counsel for Defendant needs additional time to consult with Defendant regarding PSR and Sentencing issues;

2. That Defendant RUCKER is incarcerated and does not object to a continuance;

3. That Assistant United States Attorney, DAVID C. KIEBLER, does not object to a continuance;

4. That this is the third request for a continuance of Sentencing in this case; and

5. That denial of this request for a continuance could result in a miscarriage of Justice.

/ / /

/ / /

/ / /

/ / /

/ / /

3

## CONCLUSIONS OF LAW

The ends of justice are served by granting the requested continuance.

## ORDER

IT IS THEREFORE ORDERED that sentencing in this matter currently scheduled for December 12, 2024, at 8:30 a.m. be vacated and continued to January 17, 2025 at 10:00 a.m.

DATED this 6th day of December 2024.

_____
UNITED STATES DISTRICT COURT JUDGE

Respectfully submitted by:

MANINGO LAW

By:   */s/ Lance A. Maningo*
      Lance A. Maningo
      Nevada Bar No. 6405
      400 South 4th Street, Suite 650
      Las Vegas, Nevada 89101
      Attorney for Defendant RUCKER